No. 69822.—W. J. Byrnes & Co., Inc., and Lefton Pacific, Inc., et al. *v.* United States, protests 61/8907, etc. (Los Angeles).

Opinion by LANDIS, J.   In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 8, 1966

No. 69823.—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 62/5680, etc. (Galveston).

Opinion by NICHOLS, J.   In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.